Case 7:07-cv-10468-CS  Document 8  Filed 06/24/2008  Page 1 of 1  *Reinstant, J.*

# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GERALD MASON | CASE NO. 07-10468 *(CLB)* |
| Plaintiff, | |
| v. | ORDER FOR ADMISSION<br>PRO HAC VICE<br>ON WRITTEN MOTION |
| VASSAR COLLEGE | |
| Defendant. | |

Upon the motion of Adam C. Virant, attorney for Gerald Mason, and said sponsor attorney's affidavit in support:

IT IS HEREBY ORDERED that

> Justin L. Swidler
> Karpf, Karpf and Virant, P.C.
> 3070 Bristol Pike
> Building 2, Suite 231
> Bensalem, PA 19020

is admitted to practice *pro hac vice* as counsel for Plaintiff, Gerald Mason, in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to The Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF Password at nysd.uscourts.gov. Counsel shall forward the *pro hac vice* fee to the Clerk of Court.

✓ Dated: June ___, 2008

SO ORDERED:

_____
Hon. Charles L. Brieant, USDJ