

# KARPF KARPF & VIRANT
### ATTORNEYS AT LAW

140 Broadway
46th Floor
New York, NY 10005
Tel: (212) 929-6030
Fax: (212) 929-6123
avirant@karpf-law.com

June 26, 2008

**MEMO ENDORSED**

The Honorable Charles L. Brieant
United States Courthouse
300 Quarropas St., Room 275
White Plains, NY 10601

Re: *Gerald Mason v. Vassar College*
Docket No.: 07-10468

Dear Judge Brieant:

*[Handwritten endorsement: Discovery deadline is extended for sixty (60) days - Conference is adjourned to 10/3/08 at 9:00 AM - So Ordered. Charles L. Brieant 6/26/08 USDJ]*

I am submitting this letter on the behalf of both parties in this matter to request an extension of the discovery deadline in this matter for an additional 45 days until August 14, 2008.

This is the parties first request for an extension and it is anticipated that no further extensions will be needed. The current discovery deadline is June 30, 2008 for this matter. The purpose for this request is that, due to scheduling difficulties, several depositions in this matter had not taken place but are currently to occur on July 16 and 23. Additionally, it is requested that the Case Management Conference/Trial date be adjusted for an additional 45 days from July 11 to August 26.

The parties remain available by telephone should Your Honor require any further information regarding this request.

Thank you.

Respectfully submitted,

Adam C. Virant

**SO ORDERED**

_____
The Honorable Charles L. Brieant, U.S.D.J.

cc: Vincent P. D'Andrea, Esq.

---

Pennsylvania · New Jersey · New York